UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DJ and KATIE EGAN, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>EAST IDAHO CREDIT UNION,<br><br>Defendant. | Case No. 4:15-cv-00471-DCN<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**NOW THEREFORE IT IS HEREBY ORDER, ADJUDGED, AND DECREED** that judgment be entered in favor of defendant, and that this case be dismissed in its entirety.

DATED: September 29, 2017

_____
Honorable David C. Nye
United States District Court

JUDGMENT - 1